

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00084-CV

IN RE ERIC V. MITCHEL                                                    RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 1387867-1

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus. Relator's petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL: SUDDERTH, C.J.; MEIER and PITTMAN, JJ.

DELIVERED: March 16, 2018

---

[1]See Tex. R. App. P. 47.4.